No. 00–741. ABELLO-SILVA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–762. METCALF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–778. SCISSELL *v.* COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–790. BRICKNER *v.* VOINOVICH, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5073. DIAZ-FABIAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5215. WILSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5274. LOGAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5790. GUNDERSON *v.* HETTGAR, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5815. ROMERO-TAMAYO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–6037. SANTIAGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6061. FORTUNE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6389. SPIVEY *v.* HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–6457. ATKINS *v.* BOONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–6458. DE SPENZA *v.* CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6467. ANDERSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–6476. LLOYD *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.